## ANGLE v. UNITED STATES.

(Circuit Court of Appeals, Fourth Circuit. June 8, 1909.)

No. 841.

In Error to the District Court of the United States for the Western District of Virginia, at Danville.

James J. Britt and R. W. Peatross (Wm. P. Bynum, Jr., and Peatross & Harris, on the briefs), for plaintiff in error.

Thomas L. Moore, U. S. Atty., and Samuel H. Hoge, Asst. U. S. Atty.

Before GOFF and PRITCHARD, Circuit Judges, and BRAWLEY, District Judge.

PER CURIAM. This court having decided, in the case of W. H. Renigar v. United States, 172 Fed. 646, that it is essential to the validity of an indictment that it be presented by the grand jury in open court, and it appearing that the indictment in this case was not so presented, it follows that, for the reasons set forth in the opinion filed at the present term, the judgment in this case must be set aside; and it is so ordered.